NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., GULF COAST EXPRESS PIPELINE, LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

_____

2022-2097

_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00186-TMR, Judge Timothy M. Reif.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the appellants' unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

2  BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. V. US

(2)  Each side shall bear their own costs.

FOR THE COURT

December 28, 2022
        Date                              /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court

**ISSUED AS A MANDATE:** December 28, 2022